**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER SETTING CONDITIONS** |
| Plaintiff, | ) | **OF RELEASE FOR** |
| | ) | **MATERIAL WITNESS** |
| vs. | ) | |
| | ) | |
| Clemente Espinoza-Montiel, | ) | |
| | ) | Case No. 4:14-cr-132 |
| Defendant. | ) | |

Material witness Francisco Javier Lara-Rodriguez was arrested pursuant to a warrant issued in accordance with 18 U.S.C. § 3144. The material witness appeared before the court and a detention hearing was held during which the material witness and the government agreed that Mr. Lara-Rodriguez could be released subject to certain conditions. Accordingly, the court **ORDERS** that Mr. Lara-Rodriguez released subject to the following conditions:

1. The individual shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

2. Except upon prior approval from the Pretrial Services Officer, the individual's travel is restricted to the Grand Forks, North Dakota and East Grand Forks, Minnesota area.

3. The individual shall not knowingly or intentionally have any direct or indirect contact with former employer, except for discussing payment for services provided.

4. The individual shall reside at the Northland Rescue Mission in Grand Forks, North Dakota and abide by its rules and regulations.

5. If granted authorization for employment by the Department of Homeland Security, the individual shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

6. If required by Homeland Security, the individual shall report to the agency as required by the agency.

7. The individual must cooperate with the USA and investigative agencies regarding interviews, pretrial preparation, depositions, and trial testimony.

8. The individual must advise the Pretrial Services Officer and the USA of any phone numbers, including cell phone numbers.

## DIRECTIONS TO THE UNITED STATES MARSHAL

The individual is **ORDERED** released after processing by Homeland Security.

Dated this 22nd day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court